**Order entered January 10, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00260-CR

### LAWRENCE RICHARD PARKER, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81571-2015**

## ORDER

On January 9, 2017, the correct clerk's record was filed in this appeal. We **STRIKE** the clerk's record filed May 24, 2016 in its entirety.

/s/     DAVID L. BRIDGES
          PRESIDING JUSTICE